MCGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:17-CV-02317-KJM-AC |
|---|---|
| Plaintiff, | |
| v. | STIPULATION FOR STAY OF FURTHER PROCEEDINGS; ORDER THEREON |
| APPROXIMATELY $121,525.00 IN U.S. CURRENCY, | |
| Defendant. | |

The United States, and Claimant Ramon Cisneros (hereafter referred to as "claimant"), by and through their respective counsel, hereby request that the Court enter an order staying further proceedings pending the outcome of a related criminal case against defendant Ramon Cisneros, San Joaquin County Superior Court Case No. CR-2017-4150845.

1. On November 29, 2017, Ramon Cisneros filed a claim and answer in this action alleging an interest in the Approximately $121,525.00 in U.S. Currency ("defendant currency").

2. The stay is requested pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2), and 21 U.S.C. § 881(i). The United States contends that the defendant currency is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6) because it was money furnished and intended to be furnished in exchange for a controlled substance or listed chemical, constituted proceeds traceable to

1

such an exchange, and was used and intended to be used to commit or facilitate a violation of 21 U.S.C. §§ 841, *et seq*.

3. To date, Ramon Cisneros has been charged with state criminal crimes related to drug trafficking, San Joaquin County Superior Court Case No. CR-2017-4150845; The United States intends to depose claimant Ramon Cisneros regarding his ownership of the defendant currency. If discovery proceeds at this time, claimant will be placed in the difficult position of either invoking his Fifth Amendment rights against self incrimination and jeopardizing the ability to pursue his claim to the defendant currency, or waiving his Fifth Amendment rights and submitting to a deposition and potentially incriminating himself. If he invokes his Fifth Amendment rights, the United States will be deprived of the ability to explore the factual basis for the claim he filed with this court.

4. In addition, claimant intends to depose, among others, the agents involved with this investigation, including but not limited to the agents with the Drug Enforcement Agency. Allowing depositions of the law enforcement officers at this time would adversely affect the ability of the federal authorities to investigate the alleged underlying criminal conduct.

5. The parties recognize that proceeding with these actions at this time has potential adverse effects on the investigation of the underlying criminal conduct and/or upon the claimants' ability to prove their claim to the property and to assert any defenses to forfeiture. For these reasons, the parties jointly request that these matters be stayed pending the outcome of the state criminal case against claimant Ramon Cisneros, in accordance with the terms of this stipulation. For these reasons, the parties jointly request that this matter be stayed pending the outcome of the state criminal case against claimant Ramon Cisneros.

Dated: 1/30/2018          MCGREGOR W. SCOTT
                          United States Attorney

                   By:    /s/ Kevin C. Khasigian
                          KEVIN C. KHASIGIAN
                          Assistant U.S. Attorney

Dated: 1/30/2018          /s/ Trina C. Cervantes
                          TRINA C. CERVANTES
                          Attorney for claimant Ramon Cisneros
                          (Original signatures retained by attorney)

# ORDER

For the reasons set forth above, this matter stay pending the outcome of the state criminal case against claimant Ramon Cisneros. Within 30 days of the conclusion of the pending state criminal case against claimant Ramon Cisneros, the parties will file a Joint Status Report requesting the Court issue a pretrial scheduling order.

IT IS SO ORDERED.

Dated: February 2, 2018.

_____
UNITED STATES DISTRICT JUDGE