MCGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:17-CV-02317-KJM-AC |
|---|---|
| Plaintiff, | |
| v. | FINAL JUDGMENT OF FORFEITURE |
| APPROXIMATELY $121,525.00 IN U.S. CURRENCY, | |
| Defendant. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1. This is a civil forfeiture action against the Approximately $121,525.00 in U.S. Currency (hereafter "defendant currency") seized on or about August 9, 2017.

2. A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on November 3, 2017, alleging the defendant currency is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

3. On November 3, 2017, the Clerk issued a Warrant for Arrest for the defendant currency, and that warrant was duly executed on November 7, 2017.

4. Beginning on November 10, 2017, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov. A Declaration of Publication was filed on February 15, 2018.

1

Final Judgment of Forfeiture

5. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to: Ramon Cisneros.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

6. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

7. Judgment is hereby entered against claimant Ramon Alberto Cisneros all other potential claimants who have not filed claims in this action.

8. Upon entry of a Final Judgment of Forfeiture, $86,525.00 of the Approximately $121,525.00 in U.S. Currency, together with any interest that may have accrued on the total amount, shall be forfeited to the United States pursuant to 18 U.S.C. § 881(a)(6), to be disposed of according to law.

9. Upon entry of a Final Judgment of Forfeiture herein, but no later than 60 days thereafter, $35,000.00 of the Approximately $121,525.00 in U.S. Currency, shall be returned to claimant Ramon Alberto Cisneros, through his attorney Trina C. Cervantes.

10. The United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the filing of the Complaint and the arrest and seizure of the defendant currency. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said filing of the Complaint and the arrest and seizure of the defendant currency, as well as to those now known or disclosed. The parties waived the provisions of California Civil Code § 1542.

11. Claimant waives any and all claim or right to interest that may have accrued on the Approximately $121,525.00 in U.S. Currency.

12. All parties are to bear their own costs and attorneys' fees.

13. The U.S. District Court for the Eastern District of California, Hon. Kimberly J. Mueller, District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

14. Based upon the allegations set forth in the Complaint filed November 3, 2017, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable

Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the filing of the Complaint and the arrest and seizure of the defendant currency, and for the commencement and prosecution of this forfeiture action.

SO ORDERED THIS 13th day of September, 2018.

_____
UNITED STATES DISTRICT JUDGE